No. 5289.—Ortiz, aplte., *v.* La Sucn. de Alfredo Amy, aplda.—C. D. Ponce. Abril 24, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Texidor.)

Por CUANTO, en el presente caso la petición de desestimación se funda en dos motivos, siendo uno de ellos el de haberse dejado transcurrir más de 120 días sin archivar la transcripción del récord ni aprobarse la exposición del caso o pliego de excepciones, y el otro, el que la notificación del escrito de apelación es nula, por haber sido hecha por un tal Pablo Ruiz, que no es parte en el caso, ni abogado del apelante, ni manifiesta cuál es su intervención o a nombre de quién, y por no expresarse en el juramento cuál es la residencia del abogado del apelante, para llegar al conocimiento de si puede hacerse la notificación por correo;

Por CUANTO, del escrito de oposición a la desestimación y del certificado que se acompaña, aparece que el apelante ha solicitado varias prórrogas para la preparación de la transcripción de la evidencia, siendo la última concedida de treinta días con fecha 24 de marzo de 1930;

Por CUANTO, no es necesario que el que notifica el escrito de apelación sea precisamente el abogado de la parte apelante; y aparece de la declaración jurada que la residencia del abogado de la parte apelada es Coamo, adonde se envió la apelación por correo, existiendo servicio regular diario y permanente de comunicaciones por correo entre Ponce y Coamo,

Por TANTO, se declara sin lugar la moción de desestimación presentada por el apelado.